IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN JONES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 21-00308-KD-C |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, Plaintiff Susan Jones motion to remand (Doc. 9) is DENIED and Defendant State Farm Fire and Casualty Company's motion to deny joinder (doc. 11) is GRANTED.

DONE this 14th day of October 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE