# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SUSAN JONES** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO. 1:21-00308-KD-C** |
| | ) |
| | ) |
| **STATE FARM FIRE AND CASUALTY** | ) |
| **COMPANY** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered August 3, 2022, (Doc. 54) granting the Motion for Summary Judgment filed by Defendant State Farm Fire and Casualty Company, it is

**ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff Susan Jones.

**DONE** and **ORDERED** this the 4th day of **August 2022**.

/ s / Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**